FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

97 MAR 12 AM 11: 49
U.S. DISTRICT COURT
N.D. OF ALABAMA

WAYNE DANIEL,   )
                )
    Plaintiff,  )
                )
vs.             )   Case No. CV-95-H-3242-S
                )
LEONARD KENNETH MOORE,  )
                )
    Defendant.  )

ENTERED

MAR 12 1997

MEMORANDUM OPINION

The magistrate judge filed his report and recommendation in the above-styled cause on February 13, 1997, recommending the dismissal with prejudice of all claims asserted pursuant to 42 U.S.C. § 1983 and the dismissal without prejudice of any state-law claims pled in the complaint.  On February 27, 1997, the plaintiff filed his objections to the report and recommendation, which included a request for leave to amend the complaint for the purpose of setting forth additional evidence purportedly in support of his claims.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the report is due to be and the same is hereby ADOPTED and the recommendation is ACCEPTED.  The Court notes, of course, that



plaintiff had the opportunity to offer any evidence he may wish to offer in opposition to the motion for summary judgment filed by the defendant. After the magistrate judge filed his report and recommendation assessing the quality of the evidence in support of the motion for summary judgment, the plaintiff cannot now be heard to complain that he has evidence that he did not offer at the time the motion for summary judgment was considered. For that reason, the objections are OVERRULED and the motion to amend is DENIED.

By separate order, the court will grant the motion for summary judgment on behalf of the defendant and all federal-law claims will be dismissed with prejudice while all state-law claims will be dismissed without prejudice.

DATED this  12th  day of March, 1997.

JAMES H. HANCOCK
SENIOR U.S. DISTRICT JUDGE

jlm

United States District Court
for the
Northern District of Alabama
March 12, 1997

* * MAILING CERTIFICATE OF CLERK * *

Re:   2:95-cv-03242

True and correct copies of the attached were mailed by the clerk to the following:

    Wayne Daniel
    ECF
    Elmore Correctional Facility
    #166680
    PO Box 8
    Elmore, AL   36025

    L Kenneth Moore, Esq.
    1714 4th Avenue, North
    PO Box 396
    Bessemer, AL   35021